JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE STONE,<br><br>              Plaintiff,<br><br>    vs.<br><br>SIGNODE INDUSTRIAL GROUP LLC; SIGNODE INDUSTRIAL GROUP US, INC.; LACHENMEIER APS; MULLER LOAD CONTAINMENT SOLUTIONS; and DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No.: 8:20-cv-01435-JLS-ADS<br><br>**FINAL JUDGMENT** |
| AND RELATED CROSS-ACTIONS. | |

This Court, based on its July 5, 2022 Order Granting Defendants' Motion for Summary Judgment (Doc. 119), and good cause appearing, HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

1. Final Judgment is entered against Plaintiff ANNETTE STONE ("Plaintiff"), pursuant to the Court's Order (Doc. 119), granting summary judgment in favor of Defendants SIGNODE INDUSTRIAL GROUP LLC and LACHENMEIER APS ("Defendants") as to each of Plaintiff's claims asserted against Defendants.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: July 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE